AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hoffman, Melvin S. | Bankruptcy Court - Massachusetts | 06/18/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - full time | ☐ Nomination  Date  ☐ Initial  ☐ Annual  ☑ Final  **5b.** ☐ Amended Report | 01/01/2020 **to** 06/30/2021 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
JW McCormack Post Office and Courthouse
5 Post Office Square
Boston, MA 02109

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 06/18/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Tufts Universtiy salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 06/18/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | L | T | | | | | |
| 2. Brookline Bancorp stock | B | Dividend | J | T | | | | | |
| 3. UBS Retirement Account- self directed IRA | | | | | | | | | |
| 4. --money market account at UBS | A | Interest | J | T | | | | | |
| 5. --Apple | B | Dividend | M | T | | | | | |
| 6. --Johnson & Johnson | A | Dividend | | | Sold | 05/08/20 | J | A | |
| 7. --Charter Communication (FormerlyTime Warner Cable) | A | Dividend | | | Sold | 03/06/20 | J | A | |
| 8. --iShares Msci Emerging Markets Index Fund | A | Int./Div. | | | Sold | 03/06/20 | K | C | |
| 9. --iShares DJ Select Div Index Fund | A | Int./Div. | K | T | | | | | |
| 10. --iShares Core S&P Small Cap | A | Int./Div. | K | T | | | | | |
| 11. --iShares Core MSCI EAFE ETF | A | Int./Div. | M | T | | | | | |
| 12. --Vanguard Valeue ETF | A | Int./Div. | L | T | | | | | |
| 13. --Vanguard Mid-Cap ETF | A | Int./Div. | L | T | | | | | |
| 14. --Vanguard Growth ETF | A | Int./Div. | M | T | | | | | |
| 15. --Vanguard Total World STK ETF | A | Int./Div. | K | T | | | | | |
| 16. --iShares Boxx Inv Grade | A | Int./Div. | J | T | | | | | |
| 17. --iShares 20 yr Treas Bond | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --iShares Broad USD Invt Grade | A | Int./Div. | K | T | | | | | |
| 19. --iShares US Treas Bond | A | Interest | J | T | | | | | |
| 20. --SPDR Bloomberg Barclays High Yield Bond ETF | A | Int./Div. | | | Sold | 05/08/20 | K | B | |
| 21. --Putnam Long Short Dur. Int'l Fd | A | Int./Div. | M | T | Buy | 05/08/20 | M | | |
| 22. American Century IRA | | | | | | | | | |
| 23. --Amercian Century Balanced Fund | A | Int./Div. | K | T | | | | | |
| 24. --American Century Strategic Alloc Fund | A | Int./Div. | K | T | | | | | |
| 25. --American Century Utilities | A | Int./Div. | K | T | | | | | |
| 26. Merril Lynch IRA | | | | | | | | | |
| 27. --American New Perspectives | A | Int./Div. | K | T | | | | | |
| 28. --American Bond Fund of America Class A | A | Dividend | J | T | | | | | |
| 29. --Vanguard S&P 500 Growth | A | Int./Div. | K | T | | | | | |
| 30. Fidelity Spartan 500 Index Fd | B | Int./Div. | M | T | | | | | |
| 31. Fidelity Spartan US Bond Index Fd | B | Int./Div. | L | T | | | | | |
| 32. Fidelity Money Market Fund | A | Interest | L | T | | | | | |
| 33. State of Israel Bond | A | Int./Div. | J | T | | | | | |
| 34. Morgan Stanley Mutual Funds (Account # 1) (See Part VIII) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --Morgan Stanley Money Market Fund (See Part VIII) | A | Interest | L | T | | | | | |
| 36. --Dodge & Cox Int'l Stock Fund | A | Int./Div. | J | T | | | | | |
| 37. --Goldman Sachs Fin'l SquareTreasury Fund | A | Int./Div. | | | Sold | 03/13/20 | J | A | |
| 38. --Oppenheimer Dev. Mkts Fund | A | Int./Div. | | | Sold | 03/13/20 | K | B | |
| 39. --Pimco Pac Invst Commodity Real Return Strat Fund | A | Int./Div. | J | T | | | | | |
| 40. --Harbor Funds Small Cap Value | A | Int./Div. | K | T | | | | | |
| 41. --Harbor Funds Cap Appreciation | A | Int./Div. | L | T | | | | | |
| 42. --Amer Europacific Growth | A | Int./Div. | K | T | | | | | |
| 43. --Virtus Emerging Mkts Opportunities | A | Int./Div. | K | T | | | | | |
| 44. --Meridian Sm Cap Grth | A | Int./Div. | K | T | | | | | |
| 45. --T Rowe Price Equity Income | A | Int./Div. | | | Sold | 05/13/20 | K | B | |
| 46. --American Beacon FDS | A | Int./Div. | | | Sold | 05/13/20 | J | B | |
| 47. --Fidelity 500 Index | A | Int./Div. | K | T | | | | | |
| 48. --Invesco Dev. Mkt | A | Int./Div. | K | T | Buy | 05/13/20 | K | | |
| 49. --Hartford Mutual FDS Inc Midcap | A | Int./Div. | K | T | | | | | |
| 50. --Locorr Inv Tr Macro Strat | A | Int./Div. | J | T | | | | | |
| 51. Morgan Stanley Brokerage Account #2 (See Part VIII) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Apple Inc | A | Int./Div. | J | T | | | | | |
| 53. --Cisco Systems Inc. | A | Int./Div. | J | T | | | | | |
| 54. --Microsoft Corp. | A | Int./Div. | J | T | | | | | |
| 55. --Verizon Communications | A | Int./Div. | J | T | | | | | |
| 56. --Nextern Energy | A | Int./Div. | | | Sold | 03/13/20 | J | A | |
| 57. --Gilead Sciences Inc | A | Int./Div. | | | Sold | 03/13/20 | J | A | |
| 58. --Abbot Labs | A | Int./Div. | J | T | | | | | |
| 59. --Accenture Ireland Class A | A | Int./Div. | J | T | | | | | |
| 60. --Aercap Hldgs NV | A | Int./Div. | | | Sold | 02/24/20 | J | A | |
| 61. --Allstate Corp | A | Int./Div. | | | Sold | 02/24/20 | J | A | |
| 62. --Alphabet Inc. Non Voting | A | Dividend | J | T | | | | | |
| 63. --AON PLC Class A | A | Int./Div. | | | Sold | 05/06/20 | J | A | |
| 64. --Bank of America | A | Int./Div. | J | T | | | | | |
| 65. --Truist formerly BB&T Corp | A | Int./Div. | J | T | | | | | |
| 66. --Chevron Corp. | A | Int./Div. | J | T | | | | | |
| 67. --Cigna Systems | A | Int./Div. | J | T | | | | | |
| 68. --CIT Group | A | Int./Div. | | | Sold | 02/28/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. --Comcast Corp. | A | Int./Div. | J | T | | | | | |
| 70. --Conagra Brands | A | Int./Div. | | | Sold | 03/12/20 | J | A | |
| 71. --Concho Resources | A | Int./Div. | | | Sold | 03/12/20 | J | A | |
| 72. --Disney | A | Int./Div. | J | T | | | | | |
| 73. --Dollar Tree Stores | A | Int./Div. | J | T | | | | | |
| 74. --Eli Lilly | A | Int./Div. | J | T | | | | | |
| 75. --EOG Resources | A | Int./Div. | J | T | | | | | |
| 76. --Gen'l Dynamics | A | Int./Div. | J | T | | | | | |
| 77. --Honeywell Int'l | A | Int./Div. | J | T | | | | | |
| 78. --Merck | A | Int./Div. | J | T | | | | | |
| 79. --Mondelez Int'l Inc. | A | Int./Div. | J | T | | | | | |
| 80. --Motorola Solutions Inc. | A | Int./Div. | J | T | | | | | |
| 81. --Nestle SA Reg ADR | A | Int./Div. | | | Sold | 05/21/20 | J | A | |
| 82. --NXP Semiconductors NV | A | Int./Div. | J | T | | | | | |
| 83. --UPS | A | Int./Div. | | | Sold | 02/03/20 | J | A | |
| 84. --US Bancorp | A | Int./Div. | | | Sold | 02/03/20 | J | A | |
| 85. --Vulcan Materials | A | Int./Div. | | | Sold | 02/03/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   --American Intl Group | A | Int./Div. | J | T | | | | | |
| 87.   --Anheuser Busch Inbev | A | Int./Div. | | | Sold | 02/03/20 | J | A | |
| 88.   --Conoco Phillips | A | Int./Div. | | | Sold | 02/03/20 | J | A | |
| 89.   --Kroger Co | A | Dividend | J | T | | | | | |
| 90.   --Medtronic PLC | A | Dividend | J | T | | | | | |
| 91.   --Schlumberger Ltd | A | Int./Div. | | | Sold | 03/26/20 | J | A | |
| 92.   --Synchrony Fin'l | A | Int./Div. | | | Sold | 03/26/20 | J | A | |
| 93.   --UBS Group | A | Int./Div. | | | Sold | 03/26/20 | J | A | |
| 94.   --Amazon Com Inc | A | Int./Div. | J | T | Buy | 02/24/20 | J | | |
| 95.   --Coca Cola Co. | A | Int./Div. | J | T | Buy | 05/26/20 | J | | |
| 96.   --Conoco Philips | A | Int./Div. | J | T | Buy | 06/24/20 | J | | |
| 97.   --Goldman Sachs Grp | A | Int./Div. | J | T | Buy | 02/25/20 | J | | |
| 98.   --JP Morgan Chase & Co. | A | Int./Div. | J | T | Buy | 03/12/20 | J | | |
| 99.   --Northrop Grumman CP | A | Int./Div. | J | T | Buy | 05/06/20 | J | | |
| 100.   --Pepsico Inc. | A | Int./Div. | J | T | Buy | 03/20/20 | J | | |
| 101.   --Stryker Corp. | A | Int./Div. | J | T | Buy | 02/28/20 | J | | |
| 102.   --Visa Inc. Cl. A | A | Int./Div. | J | T | Buy | 02/27/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Inherited IRA Morgan Stanley (See Part VIII) | | | | | | | | | |
| 104.  --Amer. Centy Mutual Funds Heritage Fd Cl A | A | Int./Div. | J | T | | | | | |
| 105.  --Ivy Value Fd Cl A | A | Int./Div. | J | T | | | | | |
| 106.  MONY whole life insurance | B | Int./Div. | J | T | | | | | |
| 107.  Morgan Stanley IRA Rollover | | | | | | | | | |
| 108.  --Morgan Stanley Money Market Acct. | A | Interest | K | T | | | | | |
| 109.  --SPDR S&P Dividend | A | Int./Div. | | | Sold | 05/11/20 | L | B | |
| 110.  --Vanguard Mid-Cap ETF Index | A | Int./Div. | M | T | | | | | |
| 111.  --Vanguard S&P 500 Growth ETF | A | Int./Div. | M | T | | | | | |
| 112.  --Doubleline Core Fixed Income I | A | Int./Div. | L | T | | | | | |
| 113.  --American Europacific Gowth F | A | Int./Div. | L | T | | | | | |
| 114.  --American Growth Fund of American Fi | A | Int./Div. | L | T | | | | | |
| 115.  --American Washington Mutual F | A | Int./Div. | L | T | | | | | |
| 116.  --First Eagle Global I | A | Int./Div. | M | T | | | | | |
| 117.  --Neuberger Berman Genesis TR | A | Int./Div. | K | T | | | | | |
| 118.  --Pimco Income P | A | Int./Div. | K | T | | | | | |
| 119.  --Pioneer Dynamic Credit | A | Int./Div. | | | Sold | 05/11/20 | L | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Pioneer Flexible Oppty (See Part VIII) | A | Int./Div. | K | T | | | | | |
| 121. --Pioneer Strategic Income Y | A | Int./Div. | | | Sold | 05/11/20 | K | A | |
| 122. --Gugenheim Limited Duration 1 | A | Int./Div. | L | T | | | | | |
| 123. --Loomis Sayles Strategic Inc Y | A | Int./Div. | | | Sold | 09/09/20 | K | A | |
| 124. --Loomis Sayles Core Plus Bd Y | A | Int./Div. | L | T | | | | | |
| 125. --American Balanced | A | Int./Div. | L | T | | | | | |
| 126. --Gateway Fund | A | Int./Div. | | | Sold | 09/09/20 | L | B | |
| 127. --Vanguard Short Term Corp. | A | Int./Div. | K | T | | | | | |
| 128. --SPDR DL Shrt Duration TR | A | Int./Div. | | | Sold | 02/16/21 | K | A | |
| 129. --Calamos Phineus Long/Short | A | Int./Div. | | | Sold | 02/16/21 | K | A | |
| 130. --Templeton Global BD FD ADV | A | Int./Div. | | | Sold | 02/16/21 | K | A | |
| 131. --Invesco S&P 500 | A | Int./Div. | K | T | | | | | |
| 132. --Blackrock Event Driven | A | Int./Div. | K | T | | | | | |
| 133. --Proshares TR S&P 500 DV Arist | B | Int./Div. | M | T | Buy | 05/11/20 | M | | |
| 134. --American Bond Fd of America | A | Int./Div. | L | T | Buy | 09/09/20 | L | | |
| 135. --Calamos Market Neutral Inc. | B | Int./Div. | K | T | Buy | 02/16/21 | K | | |
| 136. --Janus Henderson Bal. | A | Int./Div. | K | T | Buy | 02/16/21 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Pinclo Inv. Grade Credit Bd. | B | Int./Div. | K | T | Buy | 02/16/21 | K | | |
| 138. --Strategic Bond Fd 2 | B | Int./Div. | L | T | Buy | 02/16/21 | L | | |
| 139. Merril Lynch IRA | A | Interest | J | T | | | | | |
| 140. TIAA-CREF Retirement Plan | | | | | | | | | |
| 141. --TIAA-CREF Trad'l Fund | A | Int./Div. | N | T | Buy (add'l) | 06/01/20 | M | | |
| 142. --CREF Stock Fund | A | Int./Div. | | | Sold | 06/01/20 | M | B | |
| 143. --Real Estate Fund | A | Dividend | | | Sold | 06/01/20 | K | B | |
| 144. Fidelity Retirement Account | | | | | | | | | |
| 145. --Vanguard Inst. Tr. | A | Int./Div. | L | T | | | | | |
| 146. --Fidelity Low Priced Stk | A | Dividend | | | Sold | 06/01/20 | M | B | |
| 147. --Vanguard VMMR | A | Interest | J | T | | | | | |
| 148. --Fidelity Contrafund | A | Int./Div. | K | T | Buy | 06/01/20 | K | | |
| 149. --Fidelity Growth Fd | A | Int./Div. | L | T | Buy | 06/01/20 | L | | |
| 150. Rental Property New York City ($970,000 cost prchsd 5/13/16 | D | Rent | O | R | Buy | 05/13/20 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 06/18/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 34 - Formerly managed by Wells Fargo. Account transferred to Morgan Stanley on 6/16/20
Part VII Line 35 - Formerly managed by Wells Fargo. Account transferred to Morgan Stanley on 6/16/20
Part VII Line 51 - Formerly managed by Wells Fargo. Account transferred to Morgan Stanley on 6/16/20
Part VII Line 103-Formerly managed by Wells Fargo. Account transferred to Morgan Stanley on 6/16/20
As to All: I will amend this report should any disclosed information change between the date of this report and June 30, 2021, the date of my retirment from active duty.

.

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 06/18/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Melvin S. Hoffman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544